|  |  |  |
|---|---|---|
|  |  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA, | : |  |
| Plaintiff, | : | HON. WILLIAM H. WALLS |
| v. | : | Criminal No. 04-359 |
| IFTIKHAR ALI BHUTTA, | : | <u>DEFAULT AND BOND FORFEITURE<br>JUDGMENT ORDER</u> |
| Defendant, | : |  |
| and | : |  |
| KHAN SALEEM and<br>SHAKIRA KHAN, | : |  |
| Co-Signer Sureties. | :<br>: |  |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey, (Joyce M. Malliet and Leah A. Bynon, Assistant U.S. Attorneys, appearing), on a Notice of Motion for Default and Bond Forfeiture Judgment; defendant IFTIKHAR ALI BHUTTA being a fugitive and having received notice of this Motion through his attorney of record, Thomas Dunn, Esq.; co-signer sureties KHAN SALEEM AND SHAKIRA KHAN having received notice through First-Class Mail to their last known addresses; the Court having reviewed correspondence dated September 7, 2010 of Hassan Talha Saleem, the son of co-signer surety KHAN SALEEM, the former being present; co-signer surety SHAKIRA KHAN being present and represented by Saba Husain, Esq.; the Court having heard presentations by the United States and co-signer surety SHAKIRA KHAN; the Court having considered the record in this matter; and for good and sufficient cause shown, pursuant to Rule 46 of the Federal Rules of Criminal Procedure,

WHEREFORE, it is on this 19 day of October, 2010,

ORDERED that a Default and Bond Forfeiture Judgment is hereby entered against defendant IFTIKHAR ALI BHUTTA and co-signer surety KHAN SALEEM in the amount of $5,000; and it is further

ORDERED that the United States of America shall have and recover from defendant IFTIKHAR ALI BHUTTA and co-signer surety KHAN SALEEM, jointly and severally, judgment in the amount of $5,000, with interest thereon at the legal rate provided by law.

ORDERED that the Motion for Default and Bond Forfeiture Judgment is DENIED as to co-signer surety SHAKIRA KHAN.

WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE