```
                                    UNITED STATES DISTRICT COURT
                                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,        :

        Plaintiff,               :    HON. WILLIAM H. WALLS

        v.                       :    Criminal No. 04-359

IFTIKHAR ALI BHUTTA,             :    DEFAULT AND BOND FORFEITURE
                                      JUDGMENT ORDER
        Defendant,               :

        and                      :

SHAKEEBA IFTIKHAR and            :
SIDRA IFTIKHAR,
                                 :
        Sureties.
                                 :
```

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey, (Joyce M. Malliet and Leah A. Bynon, Assistant U.S. Attorneys, appearing), on a Notice of Motion for Default and Bond Forfeiture Judgment; defendant IFTIKHAR ALI BHUTTA being a fugitive and having received notice of this Motion through his attorney of record, Thomas Dunn, Esq.; service having been attempted to sureties SHAKEEBA IFTIKHAR and SIDRA IFTIKHAR through First-Class Mail to their last known addresses; the Court having considered the record in this matter; and for good and sufficient cause shown, pursuant to Rule 46 of the Federal Rules of Criminal Procedure,

WHEREFORE it is on this 21st day of October, 2010,

ORDERED that a Default and Bond Forfeiture Judgment is hereby entered against defendant IFTIKHAR ALI BHUTTA and sureties SHAKEEBA IFTIKHAR and SIDRA IFTIKHAR, jointly and severally, in the amount of $30,000; and it is further

ORDERED that the United States of America shall have and recover from defendant IFTIKHAR ALI BHUTTA and sureties SHAKEEBA IFTIKHAR and SIDRA IFTIKHAR, jointly and severally, judgment in the amount of $30,000, with interest thereon at the legal rate provided by law; and it is further

ORDERED that this Default and Bond Forfeiture Judgment is forfeiting to, and vesting in, the United States of America, all right and interest of defendant IFTIKHAR ALI BHUTTA, directly, or indirectly the $3,000 posted for the $30,000 bond; and it is further

ORDERED that the United States of America shall apply the $3,000 posted for the $30,000 bond, on account of the Default and Bond Forfeiture Judgment entered against defendant IFTIKHAR ALI BHUTTA, towards satisfaction of the $30,000 bond posted by defendant IFTIKHAR ALI BHUTTA and sureties SHAKEEBA IFTIKHAR and SIDRA IFTIKHAR.

WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE